UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM LEE SUGGS, IV,

    Defendant.
_____/

Hon. Jane M. Beckering

Case No. 1:24-cr-37

**ORDER OF DETENTION**

This matter is before the Court on Defendant's Unopposed Motion to Re-Open the Detention Hearing (ECF No. 22). At the hearing held on April 9, 2024, the motion (ECF No. 22) was granted, and Defendant was heard on the issue of bond. The Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of the community and by a preponderance of the evidence that no condition or combination of conditions will reasonably assure Defendant's appearance at trial.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on April 9, 2024.

    /s/ Sally J. Berens
SALLY J. BERENS
U.S. Magistrate Judge